UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:96-cr-146-T-23TBM

RAFAEL A. MARTIN
_____/

**ORDER**

On April 13, 2006, the United States Probation Office filed an April 6, 2006, petition for revocation of the defendant's supervised release (Doc. 166).[*] At the hearing on July 5, 2006, Assistant Federal Public Defender Andrea Stubbs represented the defendant and Assistant United States Attorney Kelly Howard-Allen represented the United States.

The defendant denies committing the Grade B violation described in the petition. However, after the testimony of Isis Rodriguez, Andres Rodriguez, and Charles Hicks and review of the exhibits introduced by the United States, the court adjudges the defendant guilty of violating the terms of his supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**. The defendant is sentenced to ten (10) months of

---

[*] * The defendant having pled guilty to count one of the indictment, on March 9, 1998, the court imposed a sixty-month term of imprisonment followed by a five-year term of supervised release. On January 21, 2004, the court found that the defendant had violated the terms of his supervised release and imposed a six-month term of imprisonment followed by a three-year term of supervised release.

imprisonment followed by twenty (20) months of supervised release with all current conditions remaining in effect and with the addition of the following special condition:

> The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and shall follow the probation officer's instructions regarding the implementation of this court's directive.  This program may include testing for the detection of substance use or abuse.  The defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed eight (8) times per month.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on July 6, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record