# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:96-cr-146-T-23TBM |
| RAFAEL MARTIN | USM Number: 20243-018 |
| | |
| | Defendant's Attorney: Maria Guzman |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through four of the October 9, 2007, petition (Doc. 197).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports | 09/05/07 |
| Two | Failure to notify ten days prior to changing residence | 08/14/07 |
| Three | Failure to submit to urinalysis | 09/12/07 |
| Four | Failure to participate in drug aftercare treatment | 09/13/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages <u>two</u> through <u>three</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 17, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 18th, 2008
Date

DEFENDANT:    RAFAEL MARTIN                                    Judgment - Page _2_ of _3_
CASE NUMBER:  8:96-cr-146-T-23TBM

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SEVEN (7) MONTHS.**

   _X_    The court makes the following recommendations to the Bureau of Prisons:  Incarceration at Coleman, Florida

   _X_    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL

DEFENDANT:    RAFAEL MARTIN  
CASE NUMBER:   8:96-cr-146-T-23TBM

Judgment - Page 3 of 3

## SUPERVISED RELEASE

No term of supervision is imposed.